

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-11-2005

# USA v. Wright

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1174

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Wright" (2005). *2005 Decisions.* Paper 1215.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1215

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-1174

———

UNITED STATES OF AMERICA

v.

LARRY WRIGHT

Appellant

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 03-cr-00556)
District Judge: Honorable Jerome B. Simandle

———

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
Wednesday, November 3, 2004

Before: ALITO, BARRY, and FUENTES, Circuit Judges.

(Filed:May 11, 2005)

———

OPINION

———

FUENTES, Circuit Judge.

Larry Wright pled guilty to a one count information charging him with robbery of a United States Post Office, in violation of 18 U.S.C. §§ 2114(a) and (2) . The District Court sentenced Wright, pursuant to the United States Sentencing Guidelines, to a 150 month term of imprisonment. Wright received a four level enhancement for "otherwise using" a dangerous weapon while committing the offense in Count One of the information. On appeal, he challenges his sentence under *United States v. Booker*, 543 U.S. __, 125 S. Ct. 738 (2005).

Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*. Wright raises no challenge as to his conviction and accordingly has waived any argument in this regard.